Pridmore, for appellant; Marion G. McClelland, of counsel; Harvey K. Cousens, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 30, 1952; rehearing denied May 20, 1952; released for publication May 20, 1952.

## Emma Thieme, Appellee, v. Steve Harris and Olga Harris, Appellants.

**Gen. No. 45,522.**

Ritsos & Ritsos, for appellants; Peter Ritsos, and G. A. Bosomburg, of counsel; Maurice R. Kraines, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 30, 1952; rehearing denied May 16, 1952; released for publication May 20, 1952.

## William H. Attschuler, Appellee, v. Marshall Berlin and C. S. Berlin, Copartners, Trading as Marshall-White Company, Appellants.

**Gen. No. 45,572.**

 Jess S.
Raban & Jesse H. Brown, for appellants; Jesse H. Brown, and Donald M. Becker, of counsel; Eli E. Fink, for appellee; Eli E. Fink, and Paul Homer, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 30, 1952; released for publication May 20, 1952.

**Phil S. Roe, Plaintiff-Appellant, v. John A. Cooke, Individually and as Former Joint Adventurer with Plaintiff, Defendant, Frank J. Quirk and Thomas J. Quirk, Individually and as Coexecutors of Estate of Bridget Quirk, Deceased, Defendants-Appellees.**

**Gen. No. 45,667.**

J.

Edward Jones, *pro se,* for appellant; no appearance for appellees. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 30, 1952; released for publication May 20, 1952.